BEFORE: ARLENE R. LINDSAY
UNITED STATES MAGISTRATE JUDGE

DATE: May 11, 2023
TIME ON: 1:10 p.m.
TIME OFF: 1:35 p.m.

Case No. 22-cr-429 (JMA)          Courtroom Deputy:____

Criminal Cause for Arraignment

Defendant: Jose Wilfredo Ayala-Alcantara
        Present X    Not Present___    In Custody X    On Bail/Bond___

Attorney: Donald DouBoulay                          Ret'd___    CJA___

AUSA: John Durham

Interpreter: Maya Gray (Spanish)

ESR: 1:10 -1:35

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 11 2023 ★

LONG ISLAND OFFICE

 X  Case Called    X  Counsel for all sides present.

 X  Arraignment Held.

 X  Defendant Pleads Not Guilty to: all associated counts of the Indictment

___ Order Setting Conditions of Release and Bond entered. ___ Special Conditions Apply.

 X  Order of Detention entered.

___ Temporary Order of Detention entered.

___ Probation Notified.

 X  Speedy Trial waived from 5/11/2023  through 6/14/2023

Next Court appearance scheduled for Status on 6/14/2023 at 11:00 a.m. before U.S.D.J. Azrack.

NOTES: Mr. Ayala-Alcantara waived his right to a speedy trial from May 11, 2023 through June 14, 2023.