The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
Staten Island, New York 10176
Tel. 212-286-0173
Fax 212-286-0495

July 7, 2024

Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:   United States v. Fredy Ivan Jandres-Parada,
           Cr. Docket No. 20-577 (JMA)

Dear Judge Azrack:

    I represent Mr. Jandres-Parada in the above referenced matter. Mr. Jandres-Parada was arraigned on April 19, 2024, and the matter was put over for a first status conference before Your Honor on Tuesday, July 9, at noon. Discovery has been made available and Mr. Jandres-Parada and I have begun to review it but are nowhere near completed in the task. With the consent of Mr. Jandres-Parada and the government, I move to adjourn the status conference for approximately 30 days to allow further time to review the discovery. The defense consents to the exclusion of time under the Speedy Trial Act.

                                    Respectfully submitted,

                                    James M. Branden