The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
Staten Island, New York 10176
Tel. 212-286-0173
Fax 212-286-0495

July 17, 2024

Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:  United States v. Fredy Ivan Jandres-Parada,
           Cr. Docket No. 20-577 (JMA)

Dear Judge Azrack:

    I represent Mr. Jandres-Parada in the above referenced matter. Mr. Jandres-Parada was arraigned on April 19, 2024, and has been detained at the Metropolitan Detention Center (MDC) since, where his health has worsened. I write to request that the Court order the MDC to address the following conditions promptly and to report back to the Court what treatment was provided and the treatment plan moving forward: 1) Cardio-Pulmonary problems (a heart murmur that leads to panic attacks, shortness of breath, tightness in the chest all exacerbated by the heat (poor AC at the MDC), hypertension, high lipids); 2) sinusitis (trouble breathing, when at liberty he uses a saline solution and a respirator, as yet not provided at the MDC); 3) diabetes (at liberty he was provided a daily insulin injection, at the MDC he is provided with two tablets in the morning and the evening, which is too much and adversely affects his vision); and 4) colon-related affliction (constipation and bleeding, inability to move bowels (as much as 10 days without) resulting also in lack of sleep.

    AUSA John Durham concurs in the need for attention to these medical conditions.

                    Respectfully submitted,


                    _____/s/_____
                    James M. Branden