The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
Staten Island, New York 10176
Tel. 212-286-0173
Fax 212-286-0495

March 11, 2025

Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:  United States v. Henriquez, et al. (Fredy Ivan Jandres-Parada), Cr. Docket No. 20-577 (JMA)

Dear Judge Azrack:

    I represent Mr. Jandres-Parada in the above referenced matter. A status conference is scheduled for Thursday, March 20, 2025, at 11:00. I write to request an adjournment of the conference for sixty days during which time I will continue to review discovery, engage in plea negotiations and prepare a mitigation submission for the government's consideration. I make this request with the consent of Mr. Jandres-Parada and the government, and I consent to the exclusion of time under the Speedy Trial Act until the next scheduled status conference.

                                              Respectfully submitted,

                                              James M. Branden