The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
Staten Island, New York 10301
Tel. 212-286-0173
Fax 212-286-0495

January 23, 2026

Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

     Re:  United States v. Fredy Ivan Jandres-Parada,
          Cr. Docket No. 20-577 (JMA)

Dear Judge Azrack:

    Along with John Burke, I represent Mr. Jandres-Parada in the above-referenced matter.

    As noted in my last two letters, this is a very complicated matter in terms of the breadth and severity of the charges, Mr. Jandres-Parada's personal history, and evolving defense strategies.

    The government has indicated that it has additional discovery to provide. In addition, the parties continue to engage in plea negotiations.

    So that the defense can review the additional discovery and determine if there are pretrial motions to be filed, and to continue plea negotiations, Mr. Jandres-Parada seeks a 90-day adjournment of the status conference scheduled for January 27, 2026. The government consents to this request.

                  Respectfully submitted,

                  James M. Branden