The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
Staten Island, New York 10301
Tel. 212-286-0173
Fax 212-286-0495

January 26, 2026

Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:  United States v. Fredy Ivan Jandres-Parada,
         Cr. Docket No. 20-577 (JMA)

Dear Judge Azrack:

    Along with John Burke, I represent Mr. Jandres-Parada in the above-referenced matter.

    In connection with defendant's letter application, dated January 23, 2026, requesting a 90-day adjournment of the status conference scheduled for January 27, 2026, the defendant waives his right to speedy trial from January 27, 2026 to the date that the Court reschedules the status conference.

                                  Respectfully submitted,

                                  James M. Branden