

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JJD:JLG
F. #2020R00632

*610 Federal Plaza*
*Central Islip, New York 11722*

March 6, 2026

<u>By Hand and ECF</u>

The Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Fredy Ivan Jandres-Parada
              <u>Criminal Docket No. 20-577 (JMA)</u>

Dear Judge Azrack:

      The government respectfully writes to request that the enclosed stipulation concerning the production of highly confidential and highly sensitive material to the defense be so-ordered by the Court. The proposed stipulation and order, which has been signed by the parties, is respectfully enclosed for the Court's consideration.

                                Respectfully submitted,

                                JOSEPH NOCELLA, JR.
                                United States Attorney

                By:       /s/
                        John J. Durham
                        Justina L. Geraci
                        Assistant U.S. Attorneys
                        (631) 715-7900

cc:    James M. Branden, Esq.
          John M. Burke, Esq.