The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
Staten Island, New York 10301
Tel. 212-286-0173
Fax 212-286-0495

October 1, 2026

Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re: United States v. Fredy Ivan Jandres-Parada,
Cr. Docket No. 20-577 (JMA)

Dear Judge Azrack:

Along with John Burke, I represent Mr. Jandres-Parada in the above-referenced matter.

I seek to adjourn the status conference scheduled for October 7, 2026 until mid-December 2026. Further review of discovery and Mr. Jandres-Parada's background and even his present circumstances is necessary. I make this request with the government's consent and the defendant consents to the exclusion of time under the Speedy Trial Act until the next status conference.

Respectfully submitted,

James M. Branden