UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                  22-CR-429 (JMA)

AREVALO-CHAVEZ, et al.,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>NOTICE OF APPEARANCE</u>

       PLEASE TAKE NOTICE that Assistant United States Attorney Paul G. Scotti

from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter

should be sent to:

       Assistant U.S. Attorney Paul G. Scotti
       United States Attorney's Office (Criminal Division)
       610 Federal Plaza
       Central Islip, New York 11722
       Tel:  (631) 715-7836
       Email: Paul.Scotti@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Paul G. Scotti at the email address set forth above.

Dated:   Central Islip, New York
          November 14, 2024

                    Respectfully submitted,

                    BREON PEACE
                    United States Attorney

By:   /s/ Paul G. Scotti
        Paul G. Scotti
        Assistant U.S. Attorney

cc:    Clerk of the Court (JMA)