FREEMAN, NOOTER & GINSBERG
**ATTORNEYS AT LAW**

LOUIS M. FREEMAN
THOMAS H. NOOTER
LEE A. GINSBERG

NADJIA LIMANI
OF COUNSEL

CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 907
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM
WWW.FNGLAW.COM

April 2, 2025

**BY ECF**
**To Be Filed Under Seal**
Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: United States v. Vladimir Antonio Arevalo-Chavez**
**22 CR 429 (JMA)**

Dear Judge Azrack:

We have received the government's April 1, 2025, letter – motion requesting dismissal of Indictment 22-429 (JMA) without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). We request until April 9, 2025 to respond. Before responding I need to meet with my client to discuss the government's motion and to explore his options, if any. As he is housed in MDC SHU and only speaks Spanish, I need to meet with him with an interpreter. Visiting a client at the MDC is difficult: there are constant lockdowns preventing or delaying visitation; transport to and from SHU is always delayed because one needs an escort; and using an interpreter adds significant time to the conference.

Accordingly, we request until April 9. 2025 to respond to the government's April 1, 2025, letter. We ask that the Court not decide the government's motion until Mr. Arevalo-Chavez files his response.

Respectfully submitted,

/S/ Louis M. Freeman
Louis M. Freeman